IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                                                  In Proceedings Under
                                                                                        Chapter 13
CARL L. CATCHINGS,
    Debtor.                                                            Case No. 14-32099

## ORDER LIFTING STAY

This case comes to be heard on the Emergency Motion of James Hentrich for Relief from Stay.  Both parties present by attorney.  This court, being advised in the premises, IT IS HEREBY ORDERED as follows:

1. The stay is lifted as to the debtor and co-debtor, Karla Harley, effective February 8, 2015.

2. That the debtor is to vacate the premises commonly known as 1109 Robert Drive, Godfrey, Illinois on or before February 8, 2015 at 1:00 p.m.

3. That the debtor is to keep the utilities on through February 8, 2015.

4. That the stay is lifted on February 8, 2015 so that movant can pursue post-petition rents and charges.   Movant cannot execute on any property of the estate without further order of the court.

5. Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: February 6, 2015

                                                   /s/ Laura K. Grandy
                                      **UNITED STATES BANKRUPTCY JUDGE/6**