# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: §
§
CARL LAMONT CATCHINGS § CASE NO. 14-32099
§ (Chapter 13)
Debtors. §
§

## CHAPTER 13 TRUSTEE'S MOTION TO COMPEL

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and requests that the Debtors be compelled to amend their Plan for the following reason(s):

1. The instant case filed on December 23, 2014.

2. The case was confirmed on June 18, 2015.

3. The Internal Revenue Service filed an Amended proof of claim on May 6, 2015 listing a pre-petition priority debt owed to them in the amount of $4,418.09.

4. The Debtor's plan fails to address the debt owed to the Internal Revenue Service.

5. Arrow Finance Company filed an proof of claim in the amount to $2,439.25 for a cross collateral debt owed on an 2004 Dodge Durango.

6. On July 21, 2015, the Trustee sent an electronic communication to the Debtor's attorney requesting the Debtor file an amended plan.

7. To date, no amended plan has been filed by the Debtor to address this debt.

8. Based upon this, the Trustee files this Motion praying for an Order requiring Debtors to file an Amended Plan to address these debts owed to the Internal Revenue Service and Arrow Finance Company.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays for an order of this Court granting this Motion to Compel; and for such other additional relief as this Court may deem fit and proper under the circumstances.

        Respectfully submitted,

By: /s/ Russell C. Simon
    Russell C. Simon
    24 Bronze Pointe
    Swansea, Illinois 62226
    Telephone: (618) 277-0086
    Telecopier: (618) 234-0124

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion has been mailed to the following interested parties who have not been electronically notified on this day, Friday, August 28th, 2015 with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL.

/s/ Kelly

CAROL LAMONT CATCHINGS
1109 ROBERT DR
GODFREY IL 62035


DOUGLAS M HEAGLER
901 BOONES LICK
ST CHARLES MO 63301